CARL JAMAL CHRISTEAN   # BE-9036
Name and Prisoner/Booking Number

CSP-CORCORAN   ASU #175
Place of Confinement

P.O. Box 3456
Mailing Address

CORCORAN, CA 93212
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
CLERK, U.S. DISTRICT COURT
OCT 11 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~_____~~ DISTRICT OF CALIFORNIA
CENTRAL

CARL JAMAL CHRISTEAN
(Full Name of Plaintiff)
Plaintiff,

v.

(1) COUNTY OF LOS ANGELES et. Al
(Full Name of Defendant)
(2) SGT. OROZCO, SGT. DELGON, SGT. SANDOVAL
(3) LT. REVELES, LT. WEBER, CAPT. STRANGE
(4) DEP. M. VALDOVINOS, DEP SCHAEFER
Defendant(s).
☑ Check if there are additional Defendants and attach page 1-A listing them.
(5) DEP GHOSN, DEP CARMONA, DEP. LEYVA
(6) CHIEF FENDER

CASE NO. 2:18-CV-05792-CJC-(JDE)
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

"JURY TRIAL DEMANDED"

☐ Original Complaint
☐ First Amended Complaint
☑ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: TWIN TOWERS CORRECTIONAL FACILITY

Revised 3/15/2016                                    1

## B. DEFENDANTS

1. Name of first Defendant: __CouNTY OF LoS ANGELES__. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                                          (Institution)

2. Name of second Defendant: __SGT. SAMUEL OROZCO__. The second Defendant is employed as:
   __SGT_____ at __TTCF_____.
   (Position and Title)                                          (Institution)

3. Name of third Defendant: __DE LEON_____. The third Defendant is employed as:
   __SGT_____ at __TTCF_____.
   (Position and Title)                                          (Institution)

4. Name of fourth Defendant: __SANDOVAL_____. The fourth Defendant is employed as:
   __SGT_____ at __TTCF_____.
   (Position and Title)                                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

### D. CAUSE OF ACTION

#### CLAIM I

1. State the constitutional or other federal civil right that was violated: AMENDMENT VIII (8) OF THE CONSTITUTION "ONOR CRUEL AND UNUSUAL PUNISHMENTS INFLICTED" V<sup>TH</sup> (5)<sup>TH</sup> AMENDMENT, 14TH AMENDMENT VIOLATIONS SINCE I WAS A PRETRIAL DETAINEE

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officers
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. IN AUGUST 2016 SGT. SAMUEL OROZCO, DEPUTIES JONES, BATEMAN, LOPEZ, + PEREZ ALL USED EXCESSIVE FORCE ON ME WHILE EXTRACTING ME FROM TTCF MODULE 142 CELL #F-2. BATEMAN SHOT ME WITH OVER 50-65 PEPPER BALLS, OROZCO SPRAYED ME WITH 1 CAN OF SPRAY, JONES SPRAYED ME WITH 1 CAN OF SPRAY, LOPEZ SPRAYED ME WITH 1 CAN OF SPRAY, PEREZ SPRAYED ME WITH 1 CAN OF SPRAY. ALL OF THIS WAS RECORDED BY DVTEL CAMERA SYSTEM WITHIN LA COUNTY JAILS AND SHOULD BE IN POSSESSION OF EVIDENCE. THIS WAS DONE MALICIOUSLY/SADISTICALLY. FORCE USED WAS OBJECTIONABLY UNREASONABLE.

   2. I WAS STRANGLED BY DEPUTY SCHAEFER IN THE BACK OF AN AMBULANCE IN 2016. I GOT STRANGLED WHILE I WAS IN MECHANICAL RESTRAINTS (WAIST CHAIN + ANKLE RESTRAINTS) ALSO PRESENT WERE SGT. DELEON, DEPUTY CHAVEZ, + DEPUTY CENTENO. NOBODY STOPPED SCHAEFER FROM STRANGLING ME. I LOST CONSCIOUSNESS. NOBODY HELPED ME.

   3. WHILE I WAS IN MODULE 211 D7 I WAS BEAT UP IN A CELL BY DEPUTIES CARMONA + DEPUTY GHOSN. I WAS PUNCHED IN MY HEAD AND SLAMMED DOWN ON A METAL BUNK. WHEN I ATTEMPTED TO DEFEND MYSELF DEPUTY LEYVA SPRAYED ME WITH A WHOLE CAN OF SPRAY. SGT. DELEON WAS PRESENT AND ENCOURAGED/INSTIGATED THIS ATTACK. I WAS NOT ALLOWED TO DECONTAMINATE AND HAD TO USE TOILET WATER TO DECONTAMINATE

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). PAIN. I WAS INJURED WITH BODY TRAUMA, HEADACHES/MIGRAINES, BACK, NECK, SHOULDER PAIN DIFFICULTY SLEEPING. DIFFICULTY BREATHING. PSYCHOLOGICAL TRAUMA.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. PLEASE NOTE THAT ALTHOUGH GRIEVANCES WERE FILED DEFENDANTS FAILURE TO RESPOND CONSTITUTES EXHAUSTION.

NOTE # 1,2,3 ARE 3 SEPERATE INCIDENTS.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: **VIII<sup>TH</sup> AMENDMENT - CRUEL AND UNUSUAL PUNISHMENT**

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: DELIBERATE INDIFFERENCE

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   LT. REVELES WAS DELIBERATELY INDIFFERENT TO MY NEEDS BY FORCING ME TO SLEEP NAKED FOR DAYS WITHOUT BLANKETS, MATTRESS, CLOTHING. THIS OCCURED IN MODULE 211. A SIGN WAS PRINTED AND PLACED ON MY DOOR. FARMER V. BRENNAN. LT. REVELES ALSO DID NOT RESPOND TO MY GRIEVANCE NOR DID HE SUPPLY ME WITH THE CONCLUSIONS OF THE NUMEROUS GRIEVANCES THAT I FILED. SGT. DELEON WAS DELIBERATELY INDIFFERENT TO ME WHEN DEPUTY SCHAEFER WAS STRANGLING ME IN THE BACK OF THE AMBULANCE. BURGESS V. MOORE 39 F.3d 216, 218 (8TH CIR. 1994) (ASSISTANT SUPERINTENDENT AT PRISON COULD BE FOUND DELIBERATELY INDIFFERENT FOR FAILING TO INTERVENE WHEN GUARDS HELD INMATE DOWN AND BEGAN CHOKING HIM) I WAS CHOKED TO THE POINT OF UNCONCIOUSNESS. CAPTAIN STRANGE, CHIEF FENDER WERE DELIBERATELY INDIFFERENT TO MULTIPLE USES OF FORCE AS WELL AS NEVER ANSWERED ANY GRIEVANCES. FARMER V. BRENNAN 511 U.S. 825, 114 S.Ct. WHEN I REPORTED TO LT. WEBER WHAT M. VALDOVINOS DID TO ME IN THE PRESENCE OF SGT. SANDOVAL HE (WEBER) TURNED A BLIND EYE TO THE ABUSE. OFFICE OF INSPECTOR GENERAL INVESTIGATOR MS. BARBARA PHILLIPS IS AWARE OF THESE ISSUES.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   FREEZING TEMPERATURES IN 211 D7, WAS STRANGLED TO POINT OF UNCONCIOUSNESS - PSYCHOLOGICAL TRAUMA.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ADMINISTRATIVE REMEDIES EXHAUSTED WHEN DEFENDANTS FAILED TO RESPOND TO GRIEVANCES.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: VIII TH (8) AMENDMENT CRUEL AND UNUSUAL PUNISHMENT.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   DEPUTY M. VALDOVINOS STRANGLED ME WHILE I WAS IN A GURNEY CHAIR. I WAS STRANGLED WITH SEAT BELT STRAPS. DUE TO ME BEING SGT VIDEO ESCORT AFTER THE AUGUST 2016 INCIDENT THIS WAS RECORDED BY AND WITNESSED BY SGT. SANDOVAL. I WAS STRANGLED BECAUSE I CLEARED MY THROAT AND HE (VALDOVINOS) THOUGHT I WAS GOING TO SPIT ON HIM.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   NECK SORENESS, SHORTNESS OF BREATH, INNER NECK PAIN, PSYCHOLOGICAL TRAUMA.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. FILED GRIEVANCES BUT DUE TO ADMINISTRATION NOT RESPONDING EXHAUSTION IS MET.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT:
A. DECLARE THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFFS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.
B. ORDER DEFENDANTS TO PAY COMPENSATORY AND PUNITIVE DAMAGES IN THE AMOUNT OF $9,000,000.00 U.S. DOLLARS. NINE-MILLION U.S. DOLLARS
C. ORDER DEFENDANTS TO PAY REASONABLE ATTORNEY FEES AND COSTS; AND
D. GRANT OTHER JUST AND EQUITABLE RELIEF THAT THIS HONORABLE COURT DEEMS NECESSARY.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/8/2018__
DATE

_____
SIGNATURE OF PLAINTIFF
PRO SE

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.



