UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL JAMAL CHRISTIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-05792-CJC (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Plaintiff Carl Jamal Christian ("Plaintiff"), Plaintiff's operative Second Amended Complaint (Dkt. 14), the Order by the assigned United States Magistrate Judge regarding Plaintiff's Second Amended Complaint (Dkt. 16), Plaintiff's Notice of Election (Dkt. 17), the Motion for Summary Judgment (Dkt. 79, "Motion") and supporting materials filed by defendants Ghosn, Shaper, and Valdovinos (collectively, "Moving Defendants"), Plaintiff's Opposition to the Motion (Dkt. 90), Supplement thereto (Dkt. 93), and Second Supplement thereto (Dkt. 103), the Reply in support of the Motion by Moving Defendants (Dkt. 97), the Report and Recommendation of the Magistrate Judge (Dkt. 106, "Report"), the

Objections to the Report filed by Plaintiff (Dkt. 109), and the Reply to the Objections filed by Moving Defendants (Dkt. 110).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that:

1. The Motion (Dkt. 79) is GRANTED and all claims against Moving Defendants Valdovinos, Ghosn, and Schaper are dismissed with prejudice;
2. The claims asserted against defendant Carmona are dismissed without prejudice; and
3. Judgment shall be entered dismissing this action accordingly.

Dated: June 8, 2020

_____
CORMAC J. CARNEY
Chief United States District Judge