JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL JAMAL CHRISTIAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | No. 2:18-cv-05792-CJC (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing and this action is dismissed with prejudice as to Defendants Valdovinos, Ghosn, and Schaper and without prejudice as to Defendant Carmona.

Dated: June 8, 2020

_____
CORMAC J. CARNEY
Chief United States District Judge